```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT
                     450 Main Street
                Hartford, Connecticut 06103
                       860-240-3200
                                          January 24, 2005
```

Office of Passport Policy and Advisory Services
United States Department of State
1111 19th Street, NW, Room 260
Washington, DC  20522-1705

RE: 3:03cr116 DJS

    Passport # 140303753 as to Ralph Stewart Michel
    sent by certified mail to the Department of State

Dear Sir or Madam:

    Enclosed please find the U.S. Passport referenced above, which was surrendered by the above-named defendant as a condition of pretrial release.

- ___ The above-named defendant has been sentenced and the time to file an appeal has passed (copy of judgment enclosed).

- ___ The above-named defendant has been sentenced and the judgment of this court has been affirmed by the Court of Appeals (copy of judgment enclosed).

- ___ The above-named defendant is now in fugitive status.

- _√_ The passport has expired or will expire during the period of incarceration or supervision.

    Please acknowledge receipt of this passport below and return in the enclosed self-addressed envelope.

KEVIN F. ROWE, CLERK

By: ___/s/ jrb_____
    Jane R. Bauer
    Deputy Clerk

---

Passport Received on: _____

Received by: _____