UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | 3:03CR116(DJS) |
| v. | : | |
| | : | |
| | : | |
| RALPH MICHEL | : | |
| | : | December 5, 2005 |
| Defendant. | : | |

### MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

The supervised releasee, Ralph Michel, moves pursuant to 18 U.S.C. § 3583(e)(1) and Rule 32.1(c) of the Federal Rules of Criminal Procedure for an early termination of his 3-year term of supervised release, which is scheduled to conclude in March 2007. Mr. Michel has completed more than half of his term of supervised release, well in excess of the one year required by the statute. Mr. Michel's supervising probation officer, Keith Barry, supports this motion, as described in more detail below. The government opposes the motion.

In support of this motion, Mr. Michel represents as follows.

1. On September 22, 2003, Mr. Michel was sentenced to five months' incarceration followed by three years of supervised release, including a condition of home confinement with electronic monitoring for the first five months following his

release from prison. The Court also imposed a $50,000 fine and a special assessment of $100. A copy of the judgment is attached.

2. Mr. Michel fully paid the $50,000 fine and the $100 special assessment on September 23, 2003.

3. On October 22, 2003, Mr. Michel voluntarily surrendered to the Bureau of Prisons facility to which he was designated. On March 19, 2004, he was released from Bureau of Prisons custody.

4. Mr. Michel successfully completed his term of home confinement on September 2, 2004.

5. United States Probation Officer Keith Barry reports that Mr. Michel has been "extremely compliant" with the terms of his supervised release in all respects, and fully supports this motion for early termination.

6. In August 2002, about a year before sentencing, Mr. Michel's son, David, began law school at the University of Connecticut. Approximately one week later, he and his wife, Meara, had a daughter, Sage. Mr. Michel and his wife have provided frequent childcare for Sage since that time. This Court made provisions for Mr. Michel to be able to travel to his son's home in Bloomfield to continue providing childcare for Sage during his period of home confinement, which he did two to three times a week. Both Mr. Michel and his wife enjoy a wonderful close relationship with both David and Meara, and a special grandparent relationship with Sage.

7. This past Spring, David and his family moved to New Hampshire to begin work with a New Hampshire law firm. David and Meara are expecting another child in December. Mr. Michel strongly wants to be able to provide assistance to David and Meara in caring for the grandchildren. Providing this care will require frequent travel out of state, and because they want to be there when truly needed - for example, when the children or parents become ill - such travel sometimes will have to be on very short notice.

8. The rest of Mr. Michel's family are widely scattered among a number of states, and Mr. Michel would like to be able to travel frequently to visit them. His two other children, with whom he enjoys a warm relationship, live in distant cities: Steven in San Francisco and Heidi in Alexandria, Virginia. Mr. Michel's father and brother both live in New York, as does Mrs. Michel's mother. Mr. Michel's sister lives in Massachusetts, while Mrs. Michel's sister lives in Ohio.

9. Mr. Michel seeks early termination of his supervised release so that he will be able to travel without the necessity of obtaining permission in advance of each trip.

MOVANT & SUPERVISED RELEASEE
RALPH MICHEL


By: /s/
James T. Cowdery (ct05103)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT  06103
Phone:     (860) 278-5555
Fax:       (860) 249-0012
E-Mail:    Jcowdery@cemlaw.com

4

## CERTIFICATE OF SERVICE

This is to certify that on December 5, 2005, a copy of the foregoing Motion for Early Termination of Supervised Release was mailed to the following:

James Glasser, Esq.
Assistant U.S. Attorney
Chief, Criminal Division
157 Church Street
New Haven, CT 06508

Mr. Keith Barry
United States Probation Officer
United States Probation Office
915 Lafayette Boulevard
Bridgeport, CT  06604

James T. Cowdery