AO 458 (Rev. 11/98) Appearance

# UNITED STATES DISTRICT COURT

**DISTRICT OF** CONNECTICUT

UNITED STATES OF AMERICA

V.                                          **APPEARANCE**

**RALPH MICHEL**

DOCKET NUMBER: 3:03CR116(DJS)

To The Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

DECEMBER 8, 2005
DATED                                                                             SIGNATURE

ALEX V. HERNANDEZ
PRINT NAME

ASSISTANT UNITED STATES ATTORNEY
ct08345
FEDERAL BAR NUMBER

United States Attorney's Office
915 Lafayette Boulevard Room 309
ADDRESS

Bridgeport, Connecticut   06604
CITY          STATE          ZIP CODE

203-696-3000
PHONE NUMBER

## CERTIFICATION OF SERVICE

This is to certify that a copy of the within and foregoing was mailed to James T. Cowdery, Esq., Cowdery, Ecker & Murphy, L.L.C., 750 Main Street, Hartford, CT 06103 and hand-delivered to Keith Barry, United States Probation Officer, Office of United States Probation, 915 Lafayette Boulevard, Bridgeport, CT 06604

ALEX V. HERNANDEZ.
ASSISTANT UNITED STATES ATTORNEY